**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
                                    FILED

                                  FEB 0 7 2019

                          AT_____ O'CLOCK_____
                          John M. Domurad, Clerk - Albany
```

)
Brittany Kilcher  **Plaintiff(s)**   )
vs.                                  )
                                     )
New York State Police                )
**Defendant(s)**                     )
                                     )

Civil Case No.: 1:19 cv-157
MAD/ TWD

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by:  ● JURY   ○ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff: Brittany Kilcher

    Address: 1618 Columbia Turnpike
    Castleton on the Hudson NY 12033

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: New York State Police

        Official Position: _____

        Address: CAFA Coordinator
        Office of the Attorney General
        28 Liberty Street, 15th Floor
        New York NY 10005

b.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.   Defendant: _____

Official Position: _____

Address: _____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

~~Octo~~ July 15th, 2018: My friends and I were the victims of being rear-ended in a car accident. The trooper came to our car, yelled profanities and told our driver to get out of the car. I began recording. The trooper told me to put my phone down, then assaulted me and had me placed in handcuffs.

7-15-18 to present: The New York State Police have failed to hold the trooper accountable, nor arrest her.

5.                        **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Excessive force: Fourth amendment: exessive force and unlawful imprisonment. ~~assault~~ I suffered missed work, exessive bruising, post-traumatic stress, hyperventilation and defamed character as a result. The trooper assaulted me.

### SECOND CAUSE OF ACTION

Unlawful imprisonment: Fifth Amendment: in a violation of due process, I was yanked, aggressively out of the vehicle for exersing my right to record, and, subsequently, placed in handcuffs.

### THIRD CAUSE OF ACTION

First Amendment: As a victim in a car accident, the trooper addressed our car with profanities. I began to record. The trooper told me to put my phone down, and assaulted me.

4th Cause of Action
Negligence: As a victim in a car accident, I asked for medical attention. The trooper laughed.

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$50,000    and    the    trooper    to
be    arrested    for    Assault.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2-7-19

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010